LOUISE CHRISTMAN and Others v. RAE LEVINSON and Others.— Motion

for stay pending appeal granted. Settle order on notice. Present —
Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.